No. 94–8327. WASHINGTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–8338. NEWBERN v. MACDONALD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–8339. SOUN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 94–1356. GABLE ET AL. v. SWEETHEART CUP CO., INC., ET AL. C. A. 4th Cir. Motion of General Motors Salaried Retirees for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–6866. JUDD v. HANSEN, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO, 513 U. S. 1158;
No. 94–7135. KLOPP v. AVCO LYCOMING TEXTRON ET AL., 513 U. S. 1161;
No. 94–7207. GODAIRE v. ULRICH ET AL., 513 U. S. 1163;
No. 94–7463. HARRIS v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE, 513 U. S. 1173;
No. 94–7486. MORRITZ v. GOVERNMENT OF ISRAEL, 513 U. S. 1175;
No. 94–7509. PIZZO v. WHITLEY, WARDEN, ET AL., 513 U. S. 1193;
No. 94–7611. JACKSON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 513 U. S. 1179; and
No. 94–7623. BURDINE v. TEXAS, 513 U. S. 1185. Petitions for rehearing denied.

No. 94–662. CITY OF HENDERSON ET AL. v. NEVADA ENTERTAINMENT INDUSTRIES, INC., ET AL., 513 U. S. 1078 and 1199. Motion for leave to file second petition for rehearing denied.

No. 94–5565. CARRIO v. HEMSTREE ET AL., 513 U. S. 907. Motion for leave to file petition for rehearing denied.

APRIL 5, 1995

No. 94–8748 (A–745). MAYS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of